UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOLYNE NERISSA JOHNSON,<br><br>                     Plaintiff,<br><br>-against-<br><br>ANDREA STEWART-COUSINS; ROBERT G. ORTT; CARL HEASTIE; WILLIAM A. BARCLAY,<br><br>                     Defendants. | 21-CV-9629 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued December 28, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   December 28, 2021
          New York, New York

                                                          /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                   Chief United States District Judge